**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

Annjanette Marie Moyers, Plaintiff,

VS.                                                                No. 16-4082

COMMISSIONER OF SOCIAL
SECURITY, Defendant.

**ORDER CONCERNING CONSENT TO MAGISTRATE JUDGE**

    This Order addresses the issue of consent of the parties in Social Security Cases to have their cases heard by a United States Magistrate Judge. Consent streamlines the legal process because the legal standard of review is identical at all levels in the judicial review process. If the parties consent to have the case handled by a magistrate judge, the undersigned will enter a final decision and judgment in due course. Any appeal of this judgment must be taken directly to the Seventh Circuit Court of Appeals. If the parties do not consent to have the case handled by a magistrate judge, the undersigned will prepare and file a Report and Recommendation for consideration by the district judge assigned to the case. The district judge will then enter a final decision and judgment in due course. An appeal from that judgment is taken to the Seventh Circuit.
Accordingly, it is ORDERED that:

    Within fifteen days of the filing of Plaintiff's initial brief, the Commissioner shall initiate contact with Plaintiff's counsel (or Plaintiff if appearing pro se) to discuss consent to the jurisdiction of the magistrate judge. If ALL the parties consent to have a magistrate judge handle the case, each counsel (or Plaintiff if appearing pro se) shall sign the Consent to Exercise of Jurisdiction by a United States Magistrate Judge portion of the Notice which is an attachment with the scheduling order and submit the signed consent form to the district judge within thirty days of the filing of plaintiff's brief. The district judge will sign the Order of Reference referring the case to the appropriate magistrate judge.

Entered on September 29, 2016

                                                            s/Jonathan E. Hawley
                                                    U.S. MAGISTRATE JUDGE