UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANNJANETTE MARIE MOYERS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case 4:16-cv-4082-SLD-JEH |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Acting Commissioner for further administrative proceedings pursuant to sentence four of Section 205 of the Social Security Act, which is codified at 42 U.S.C. § 405(g), and judgment shall be entered in favor of the Plaintiff. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. On remand, the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision. In so doing, the ALJ will: reevaluate the severity of Plaintiff's physical and impairments; reevaluate the medical source opinions and opinions from non-medical sources in the record; reevaluate Plaintiff's subjective statements about her symptoms; reassess Plaintiff's maximum residual functional capacity; and reevaluate whether Plaintiff could perform her past relevant work or other work that exists in the economy.

DATED: 3/16/2017        __/s/ Sara Darrow_____
                        HON. SARA DARROW
                        UNITED STATES DISTRICT COURT JUDGE